Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
*pro hac vice application forthcoming*
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>    *Plaintiff*,<br><br>             v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior;<br><br>         and<br><br>MARTHA WILLIAMS, in her official capacity as the Director of the U.S. Fish and Wildlife Service;<br><br>    *Defendants*. | Case No.: CV 22-00373 HG-WRP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Center for Biological Diversity hereby discloses that it is a non-profit organization with no parent corporations, subsidiaries, or publicly traded stock. No publicly held corporation owns ten percent or more of any shares in Plaintiff organization.

DATED: August 11, 2022

                                        Respectfully Submitted,

                                        <u>*/s/Maxx Phillips*</u>
                                        Maxx Phillips (HI Bar No. 10032)
                                        CENTER FOR BIOLOGICAL DIVERSITY
                                        1188 Bishop Street, Suite 2412
                                        Honolulu, HI 96813
                                        Phone: (808) 284-0007
                                        Email: mphillips@biologicaldiversity.org

                                        Brian Segee (CA Bar No. 200795)
                                        *pro hac vice application forthcoming*
                                        CENTER FOR BIOLOGICAL DIVERSITY
                                        660 S. Figueroa St., Suite 1000
                                        Los Angeles, CA 90017
                                        Phone: (805) 750-8852
                                        Email: bsegee@biologicaldiversity.org