IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br><br> Plaintiff, <br><br> vs. <br><br> DEB HAALAND; U.S. FISH AND WILDLIFE SERVICE; and MARTHA WILLIAMS <br><br> Defendant. | Case. No. 1:22-cv-00373-HG-WRP <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Brian Segee |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Brian Segee to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Brian Segee |
| Firm Name: | Center for Biological Diversity |
| Firm Address: | 660 S. Figueroa St., Suite 1000 <br> Los Angeles, CA 90017 |
| Attorney CM/ECF Primary email address: | bsegee@biologicaldiversity.org |
| Firm Telephone: | (805) 750-8852 |
| Party Represented | Plaintiff |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 11, 2022




Wes Reber Porter
United States Magistrate Judge