Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
*admitted pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　*Plaintiff*,<br><br>　　　　v.<br><br>DEB HAALAND, et al.,<br><br>　　　*Defendants*. | Case No. CV 22-00373 HG-WRP<br><br>**AFFIDAVIT OF SERVICE** |

　　　I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On August 12, 2022, copies of the Complaint, Summons, and other case initiating documents were sent by USPS Certified Mail, electronic return receipt requested, to the following parties:

**Deb Haaland, Secretary of the Interior**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240-0001
(USPS Tracking # 9414811899561774072407)

**Martha Williams, Director**
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240-0001
(USPS Tracking # 9414811899561774070229)

**U.S. Fish and Wildlife Service**
1849 C Street NW
Washington, DC 20240-0001
(USPS Tracking # 9414811899561774072506)

**Office of the Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
(USPS Tracking # 9414811899561774071714)

**Civil Clerk, U.S. Attorney's Office**
300 Ala Moana Blvd, Rm 6100
Honolulu, HI 96850-6100
(USPS Tracking # 9414811899561774071714)

The U.S. Attorney's Office for the District of Hawai'i received the documents on August 16, 2022. Defendants Deb Haaland, Martha Williams, and

the U.S. Fish and Wildlife Service received the documents on August 17, 2022. The Attorney General's Office received the documents on August 18, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 6, 2022             Respectfully Submitted,

<u>/s/Maxx Phillips</u>
Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
*admitted pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org