# Proof of Service to
# U.S. Attorney's Office for
# the District of Hawai'i

**UNITED STATES POSTAL SERVICE**

August 26, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 1774 0702 36**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 16, 2022, 9:43 am |
| Location: | HONOLULU, HI 96813 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 9414811899561774070236                                      Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on August 16, 2022 in HONOLULU, HI 96813.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

August 16, 2022 at 9:43 am
HONOLULU, HI 96813

Get Updates ⌄

Feedback

### Text & Email Updates ⌄

### Return Receipt Electronic ⌄

### Tracking History ⌃

**August 16, 2022, 9:43 am**
Delivered, Front Desk/Reception/Mail Room
HONOLULU, HI 96813
Your item was delivered to the front desk, reception area, or mail room at 9:43 am on August 16, 2022 in HONOLULU, HI 96813.

**August 16, 2022, 3:48 am**
Departed USPS Regional Destination Facility

HONOLULU HI DISTRIBUTION CENTER

**August 14, 2022, 1:44 pm**
Arrived at USPS Regional Destination Facility
HONOLULU HI DISTRIBUTION CENTER

**August 13, 2022**
In Transit to Next Facility

**August 12, 2022, 11:43 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 10:43 pm**
Accepted at USPS Facility
PORTLAND, OR 97215

**August 12, 2022, 7:55 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Proof of Service to
# Deb Haaland, Secretary of the Interior

**UNITED STATES POSTAL SERVICE**

August 26, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 1774 0724 07**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 17, 2022, 3:18 pm |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Deb Haaland Secretary of the Interior U S Depar |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

Signature of Recipient: [signature]

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 94148118995617740072407

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

August 17, 2022 at 3:18 pm
WASHINGTON, DC 20240

Feedback

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Return Receipt Electronic ⌄

---

Tracking History ⌃

August 17, 2022, 3:18 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

August 17, 2022, 8:43 am
Arrived at Post Office

WASHINGTON, DC 20018

---

**August 16, 2022**
In Transit to Next Facility

---

**August 13, 2022, 11:32 pm**
Departed USPS Origin Facility
PORTLAND, OR 97215

---

**August 12, 2022, 11:45 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

---

**August 12, 2022, 10:45 pm**
Accepted at USPS Facility
PORTLAND, OR 97215

---

**August 12, 2022, 7:55 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

Feedback

---

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Proof of Service to
# Martha Williams, Director
# of the U.S. Fish and Wildlife Service

**UNITED STATES POSTAL SERVICE**

August 26, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 1774 0702 29**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 17, 2022, 3:18 pm |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Martha Williams Director U S Fish and Wildlife |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

Signature of Recipient: *(signature)*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9414811899561774070229

Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

August 17, 2022 at 3:18 pm
WASHINGTON, DC 20240

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Return Receipt Electronic ⌄

Tracking History ⌃

August 17, 2022, 3:18 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

August 17, 2022, 8:43 am
Arrived at Post Office

WASHINGTON, DC 20018

**August 16, 2022**
In Transit to Next Facility

**August 13, 2022, 11:35 pm**
Departed USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 11:45 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 10:45 pm**
Accepted at USPS Facility
PORTLAND, OR 97215

**August 12, 2022, 7:55 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Proof of Service to
# U.S. Fish and Wildlife Service

August 26, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: 9414 8118 9956 1774 0725 06.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | August 17, 2022, 3:18 pm |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | U S  Fish and Wildlife Service |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 20240

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9414811899561774072506

Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

August 17, 2022 at 3:18 pm
WASHINGTON, DC 20240

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**August 17, 2022, 3:18 pm**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 3:18 pm on August 17, 2022 in WASHINGTON, DC 20240.

**August 17, 2022, 8:43 am**
Arrived at Post Office

WASHINGTON, DC 20018

**August 16, 2022**
In Transit to Next Facility

**August 13, 2022, 11:32 pm**
Departed USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 11:45 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 10:45 pm**
Accepted at USPS Facility
PORTLAND, OR 97215

**August 12, 2022, 7:55 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Proof of Service to
# Office of the Attorney General

![USPS Logo]

August 26, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 1774 0717 14**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | August 18, 2022, 5:55 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Office of the Attorney General U S Department o |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 950 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20530-0001 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9414811899561774071714

Remove ✕

Your item was picked up at a postal facility at 5:55 am on August 18, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

August 18, 2022 at 5:55 am
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Tracking History** ⌃

**August 18, 2022, 5:55 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 5:55 am on August 18, 2022 in WASHINGTON, DC 20530.

**August 17, 2022, 11:22 am**
Available for Pickup
WASHINGTON, DC 20530

**August 17, 2022, 5:42 am**
Arrived at Post Office
WASHINGTON, DC 20018

**August 16, 2022**
In Transit to Next Facility

**August 13, 2022, 11:32 pm**
Departed USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 11:45 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**August 12, 2022, 10:45 pm**
Accepted at USPS Facility
PORTLAND, OR 97215

**August 12, 2022, 7:56 pm**
Shipping Label Created, USPS Awaiting Item
PORTLAND, OR 97211

Feedback

**USPS Tracking Plus®**

**Product Information**

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

